# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DONALD C. WEEKLEY, [1]
    Plaintiff,

vs.                          3:06cv80/LAC/MD

MR. CASKEY, et al.,
    Defendants.

_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 20, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED under 28 U.S.C. §1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted, and the clerk is directed to close the file.

DONE AND ORDERED this 11th day of May, 2006.

s/*L.A. Collier*
_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1]The court takes judicial notice of information on the Florida Department of Corrections Offender Information Network, January 29, 2006, stating that plaintiff, whose DOC (Department of Corrections) number is 053865, is also known as: John Bates, William Gassaway, William A. Gassaway, William A. Gassoway, Jr., Vill Gasspwau, William Thomas, Richard Castleberry, William Gassoway, Jr., William Gassoway, William Abraham Gassoway, Jr. and Terry Paul.  *See* www.dc.state.fl.us.